*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

CHRISTOPHER L. ELION
and WILLIE PORTER

                JUDGMENT IN A CIVIL CASE
    Plaintiff,

v.

SHELBY COUNTY, TENNESSEE,
MAYOR A.C. WHARTON, The
SHELBY COUNTY ASSESSOR'S
OFFICE, and RITA CLARK
                CASE NO: 08-2411-tmp

    Defendant.


**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered

IT IS SO ORDERED AND ADJUDGED  that in accordance with the Order Granting Defendant's Motion to Dismiss entered on September 28, 2012, this cause is hereby dismissed.


APPROVED:


s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

| September 28, 2012 | THOMAS M. GOULD |
|---|---|
| DATE | Clerk of Court |
| | s/Sandra McClain |
| | (By)  Deputy Clerk |